570 A.2d 1245

Antonio W. COLLINS

v.

STATE of Maryland.

No. 7 Sept. Term, 1990.

Court of Appeals of Maryland.

March 14, 1990.

Bradford C. Peabody, Asst. Public Defender (Alan H. Murrell, Public Defender), Baltimore, for petitioner.

Diane E. Keller, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen.), Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 14th day of March, 1990

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to the Court of Special Appeals for consideration in light of *Livingston v. State*, 317 Md. 408, 564 A.2d 414 (1989), costs to be paid by Wicomico County.